**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

C.W. TURNER CORP., ET. AL.,      )
     )
       Plaintiffs,      )
     )
       vs.      )       **Case No. 4:05CV2088SNL**
     )
ST. LOUIS COLLECTOR OF      )
REVENUE, ET. AL.,      )
     )
       Defendants.      )

## ORDER

Plaintiffs have brought this §1983 civil rights actions, and state law claim for false arrest stemming from the arson arrest of plaintiff Raphael Williams and the seizure and sale of property owned by plaintiff C.W. Turner Corp. This matter is before the Court on defendant Detective Richie Williams' motion to dismiss (#13), filed January 30, 2006. As of today's date, none of the plaintiffs have filed a response.

The Court has carefully reviewed the plaintiffs' complaint and the instant motion and will grant the motion for the grounds stated therein. This complaint is woefully deficient in stating any §1983 claim or state law claim in connection with the arson arrest of plaintiff Williams.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Detective Richie Williams' motion to dismiss (#13)[1] be and is **GRANTED.** Defendant Richie Williams is hereby **DISMISSED** from this cause of action.

_____

[1]In the future, counsel shall abide by the local rules and file a motion with a separate memorandum of law in support. Failure to do so risks automatic denial of said motion.

Dated this ___21st___ day of February, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE