UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| C.W. TURNER CORPORATION, EPICE CORPORATION and RAPHAEL WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> ST. LOUIS COLLECTOR OF REVENUE, LAND REUTILIZATION AUTHORITY, JAMES W. MURPHY, JOHN DOE and GREGORY CARTER, <br><br> Defendants. | No. 4:05CV2088-SNL |

**ORDER**

On March 15, 2006 the Court ordered the plaintiff to show cause on or before March 30, 2006 why various substantive motions should not be sustained.

On March 31, 2006 an unsigned request for additional time to obtain counsel or to reinstate additional counsel was filed and defendants have responded in opposition.

Although the request for additional time was filed, it was filed one day late and unsigned. The Court cannot address such a request.

Plaintiffs have had adequate time to obtain new counsel or to appear personally to represent their interests. They have not done so and the current motion to dismiss of all the defendants is pending and not properly responded to.

The Court has examined the motion of defendants and finds that the requests therein are meritorious.

**IT IS THEREFORE ORDERED** that the motion of defendants to dismiss is **SUSTAINED** and this case is **DISMISSED** without prejudice.

Dated this  17th  day of April, 2006.

                                                                                     _/s/ Stephen N. Limbaugh_____
                                                                                     SENIOR UNITED STATES DISTRICT JUDGE